United States District Court
Southern District of Texas
**ENTERED**
June 25, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| PATRICIO WIZAR, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. H-26-858 |
| vs. | § | |
| | § | |
| WARDEN, Montgomery Processing | § | |
| Center, *et al.*, | § | |
| | § | |
| Respondents. | § | |
| | § | |

**ORDER OF DISMISSAL**

The petitioner, Patricio Wizar, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention by United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) officials.  On June 9, 2026, the federal respondents filed a Notice reporting that the petitioner has been released from custody and that as a result of the petitioner's release, this action is moot.  (Docket Entry No. 11).  The petitioner has not filed a response to the Notice.

Because Wizar has been released from custody, his habeas petition is now moot.  This case is **dismissed without prejudice**.  Any pending motions are **denied** as moot.

SIGNED on June 25, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge